**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

| | |
|---|---|
| **FRANCIS W. HOOKER, JR.,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **SIRIUS XM RADIO INC.,** ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | Civil Action No. 4:13-cv-00003 (AWA) |

## NOTICE OF APPEARANCE FOR WILLIAM V. O'REILLY

TO THE CLERK OF THE COURT and PARTIES OF RECORD: Please enter the appearance of William V. O'Reilly as counsel for Defendant Sirius XM Radio Inc. Mr. O'Reilly is an attorney with the law firm of Jones Day, 51 Louisiana Avenue, NW, Washington, DC 20001, (202) 879-3939, and is a member in good standing of the Bar of this Court.

Dated: February 21, 2013

Respectfully submitted,

/s/ William V. O'Reilly
William V. O'Reilly (VA Bar. No. 26249)
Attorney for Defendant Sirius XM Radio Inc.
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Tel: (202) 879-3939
Fax: (202) 626-1700
Email: woreilly@jonesday.com

## CERTIFICATE OF SERVICE

I certify that on February 21, 2013, a copy of the foregoing was filed electronically with the Clerk of Court using the ECF system which will send notification to the following ECF participants:

Christopher Colt North, Esq.
William L. Downing, Esq.
Attorneys for Plaintiff
THE CONSUMER & EMPLOYEE
RIGHTS LAW FIRM, P.C.
751-A Thimble Shoals Blvd.
Newport News, VA 23606
Tel: (757) 873-1010
Fax: (757) 873-8375
Email: cnorthlaw@aol.com
Email: wdowninglaw@aol.com

Matthew J. Erausquin, Esq.
Attorney for Plaintiff
CONSUMER LITIGATION
ASSOCIATES, P.C.
1800 Diagonal Rd., Ste 600
Alexandria, VA 22314
Tel: (703) 273-6080
Fax: (888) 892-3512
Email: matt@clalegal.com

/s/ William V. O'Reilly
William V. O'Reilly (VA Bar. No. 26249)
Attorney for Defendant Sirius XM Radio Inc.
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Tel: (202) 879-3939
Fax: (202) 626-1700
Email: woreilly@jonesday.com