**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

**FRANCIS W. HOOKER, JR,**
For himself and on behalf of all
similarly situated individuals,

      Plaintiff,

v.                                    Case No.: 4:13-cv-00003 (AWA)

**SIRIUS XM RADIO, INC.**

      Defendant.

## JOINT MOTION FOR ENTRY
## OF STIPULATED PROTECTIVE ORDER

The Parties have negotiated a stipulated protective order to govern confidential information in this case and, pursuant to Federal Rule of Civil Procedure 26(c), ask that the Court enter the Stipulated Protective Order attached as Exhibit 1 to this Motion.

Date: October 21, 2014

                                              Respectfully submitted,

                                              /s/William L. Downing
                                              Christopher Colt North (VSB # 16995)
                                              William L. Downing (VSB # 17704)
                                              **THE CONSUMER & EMPLOYEE RIGHTS LAW FIRM, P.C.**
                                              751-A Thimble Shoals Blvd.
                                              Newport News, VA 23606
                                              Tel: (757) 873-1010
                                              Fax: (757) 873-8375
                                              Email: cnorthlaw@aol.com
                                              Email: wdowninglaw@aol.com

        Michael A. Caddell (*pro hac vice*)
        Cynthia B. Chapman (*pro hac vice*)
        Craig C. Marchiando (*pro hac vice*)
        **CADDELL & CHAPMAN**
        1331 Lamar, Suite 1070
        Houston, TX 77010
        Telephone: (713) 751-0400
        Fax: (713) 751-0906
        *Attorneys for Plaintiff*

**AGREED:**

  /s/ William V. O'Reilly
William V. O'Reilly
VA Bar. No. 26249
Jeffrey A. McSorley
VA Bar. No. 68437
Attorney for Defendant Sirius XM Radio Inc.
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Tel: (202) 879-3939
Fax: (202) 626-1700
Email: woreilly@jonesday.com
Email: jamcsorley@jonesday

Thomas Demitrack (admitted pro hac vice)
Attorney for Defendant Sirius XM Radio Inc.
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Tel: (216) 586-3939
Fax: (216) 579-0212
Email: tdemitrack@jonesday.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2014, I electronically filed, using the Court's CM/ECF system, a true and correct copy of the foregoing document. The Court's CM/ECF system then automatically sent electronic notice to the following counsel of record:

William V. O'Reilly
Jeffrey A. McSorley
Attorney for Defendant Sirius XM Radio Inc.
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Email: woreilly@jonesday.com
Email: jamcsorley@jonesday

Thomas Demitrack
Attorney for Defendant Sirius XM Radio Inc.
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Email: tdemitrack@jonesday.com

    /s/ William L. Downing
William L. Downing, VSB 17704
THE CONSUMER & EMPLOYEE RIGHTS
    LAW FIRM, P.C.
751-A Thimble Shoals Blvd.
Newport News, VA 23606
Tel: (757) 873-1010
Fax: (757) 873-8375
Email: wdowninglaw@aol.com