IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| **FRANCIS W. HOOKER, JR.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 4:13-cv-00003 |
| v. ) | (AWA/LRL) |
| ) | |
| **SIRIUS XM RADIO INC.,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF REQUEST FOR ORAL ARGUMENT

PLEASE TAKE NOTICE that Defendant Sirius XM Radio Inc. respectfully requests that its Motion to Stay Pending the D.C. Circuit's Review of the Federal Communications Commission's 2015 TCPA Order be scheduled for oral argument at such time as the Court deems convenient. Plaintiff Francis W. Hooker, Jr. consents to Sirius XM's request for oral argument.

Dated: September 11, 2015          Respectfully submitted,

/s/ Jeffrey A. McSorley
William V. O'Reilly (VA Bar No. 26249)
Jeffrey A. McSorley (VA Bar No. 68437)
Attorneys for Defendant Sirius XM Radio Inc.
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Tel: (202) 879-3939
Fax: (202) 626-1700
Email: woreilly@jonesday.com
Email: jamsorley@jonesday.com

Thomas Demitrack (admitted pro hac vice)
Attorney for Defendant Sirius XM Radio Inc.
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Tel: (216) 586-3939
Fax: (216) 579-0212
Email: tdemitrack@jonesday.com

Lee A. Armstrong (admitted pro hac vice)
Attorney for Defendant Sirius XM Radio Inc.
JONES DAY
222 East 41st Street
New York, New York 10017
Tel: (212) 326-3939
Fax: (212) 755-7306
Email: laarmstrong@jonesday.com

## CERTIFICATE OF SERVICE

I certify that on September 11, 2015, a copy of the foregoing was filed electronically with the Clerk of Court using the ECF system which will send notification to the following ECF participants:

Christopher Colt North, Esq.
William L. Downing, Esq.
Attorneys for Plaintiff
THE CONSUMER & EMPLOYEE
RIGHTS LAW FIRM, P.C.
751-A Thimble Shoals Blvd.
Newport News, VA 23606
Tel: (757) 873-1010
Fax: (757) 873-8375
Email: cnorthlaw@aol.com
Email: wdowninglaw@aol.com

Michael A. Caddell, Esq.
Cynthia B. Chapman, Esq.
Craig C. Marchiando, Esq.
Attorneys for Plaintiff
CADDELL & CHAPMAN
1331 Lamar St., Suite 1070
Houston, TX 77010
Tel: (713) 751-0400
Fax: (713) 751-0906
Email: mac@caddellchapman.com
Email: cbc@caddellchapman.com
Email: ccm@caddellchapman.com

Seyed Abbas Kazerounian, Esq.
Attorney for Plaintiff
Kazerouni Law Group, APC
245 Fischer Ave., Suite D1
Costa Mesa, CA 92626
Tel: (800) 400-6808
Fax: (800) 520-5523
Email: ak@kazig.com

/s/ Jeffrey A. McSorley
William V. O'Reilly (VA Bar. No. 26249)
Jeffrey A. McSorley (VA Bar. No. 68437)
Attorneys for Defendant Sirius XM Radio Inc.
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Tel: (202) 879-3939
Fax: (202) 626-1700
Email: woreilly@jonesday.com
Email: jamcsorley@jonesday.com