IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| FRANCIS W. HOOKER, JR., )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>SIRIUS XM RADIO INC., )<br>)<br>Defendant. )<br>)<br>) | Civil Action No. 4:13-cv-00003 (AWA) |

## MOTION TO DISMISS PURSUANT TO RULE 12(b)(1)

Defendant Sirius XM Radio Inc. ("Sirius XM") hereby moves this Court to dismiss this case pursuant to Rule 12(b)(1), as Plaintiff's claims are moot. Sirius XM's Memorandum in Support of this Motion and the Declaration of Jeffrey A. McSorley dated October 27, 2015 have been filed simultaneously herewith, and a proposed order is attached as Exhibit A to this Motion.

Dated: October 27, 2015

Respectfully submitted,

/s/ William V. O'Reilly
William V. O'Reilly (VA Bar No. 26249)
Jeffrey A. McSorley (VA Bar No. 68437)
Attorneys for Defendant Sirius XM Radio Inc.
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Tel: (202) 879-3939
Fax: (202) 626-1700
Email: woreilly@jonesday.com
Email: jamcsorley@jonesday.com

Thomas Demitrack (admitted pro hac vice)
Attorney for Defendant Sirius XM Radio Inc.
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Tel: (216) 586-3939
Fax: (216) 579-0212
Email: tdemitrack@jonesday.com

Lee A. Armstrong (admitted pro hac vice)
Attorney for Defendant Sirius XM Radio Inc.
JONES DAY
222 East 41st Street
New York, New York 10017
Tel: (212) 326-3939
Fax: (212) 755-7306
Email: laarmstrong@jonesday.com

## CERTIFICATE OF SERVICE

I certify that on October 27, 2015, a copy of the foregoing was filed electronically with the Clerk of Court using the ECF system, which will send notification to the following ECF participants:

Christopher Colt North, Esq.
William L. Downing, Esq.
Attorneys for Plaintiff
THE CONSUMER & EMPLOYEE
RIGHTS LAW FIRM, P.C.
751-A Thimble Shoals Blvd.
Newport News, VA 23606
Tel: (757) 873-1010
Fax: (757) 873-8375
Email: cnorthlaw@aol.com
Email: wdowninglaw@aol.com

Michael A. Caddell, Esq.
Cynthia B. Chapman, Esq.
Craig C. Marchiando, Esq.
Attorneys for Plaintiff
CADDELL & CHAPMAN
1331 Lamar St., Suite 1070
Houston, TX 77010
Tel: (713) 751-0400
Fax: (713) 751-0906
Email: mac@caddellchapman.com
Email: cbc@caddellchapman.com
Email: ccm@caddellchapman.com

Seyed Abbas Kazerounian, Esq.
Attorney for Plaintiff
KAZEROUNI LAW GROUP APC
245 Fischer Ave., Suite D1
Costa Mesa, CA 92626
Tel: (800) 400-6808
Fax: (800) 520-5523
Email: ak@kazig.com

/s/ William V. O'Reilly
William V. O'Reilly (VA Bar. No.  26249)
Jeffrey A. McSorley (VA Bar. No. 68437)
Attorneys for Defendant Sirius XM Radio Inc.
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Tel: (202) 879-3939
Fax: (202) 626-1700
Email: woreilly@jonesday.com
Email: jamcsorley@jonesday.com