IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| **FRANCIS W. HOOKER, JR.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 4:13-cv-00003 |
| v. ) | (AWA/LRL) |
| ) | |
| **SIRIUS XM RADIO INC.,** ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to E.D. Va. Civ. R. 83.1(G), Defendant Sirius XM Radio Inc. ("Sirius XM") moves to withdraw the appearance of one of its attorneys, Jeffrey A. McSorley, for the reasons set for in the accompanying Memorandum in Support of this Motion to Withdraw Appearance.

Dated: January 8, 2016

Respectfully submitted,

/s/ Jeffrey A. McSorley
Jeffrey A. McSorley (VA Bar No. 68437)
Attorney for Defendant Sirius XM Radio Inc.
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Tel: (202) 879-3939
Fax: (202) 626-1700
Email: jamcsorley@jonesday.com

## CERTIFICATE OF SERVICE

I certify that on January 8, 2016, a true and correct copy of the foregoing was served on all counsel of record via the Court's Case-Management/Electronic Case Files (CM/ECF) system.

/s/ Jeffrey A. McSorley
Jeffrey A. McSorley (VA Bar No. 68437)
Attorney for Defendant Sirius XM Radio Inc.
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Tel: (202) 879-3939
Fax: (202) 626-1700
Email: jamcsorley@jonesday.com
