UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

**FRANCIS W. HOOKER, JR.,**
for himself and on behalf of all
similarly situated individuals,

    **Plaintiff,**

v.                                         Case No.: 4:13-cv-00003 (AWA/LRL)

**SIRIUS XM RADIO INC.**

    **Defendant.**

---

**FINAL ORDER APPROVING SETTLEMENT AND CERTIFYING THE SETTLEMENT CLASS**

---

The Settlement Agreement entered into on August 5, 2016 (the "Settlement Agreement") between Plaintiff Francis W. Hooker, Jr. and Defendant Sirius XM Radio Inc. ("Sirius XM") in this action (the "Action"), as well as between Sirius XM and Plaintiffs Erik Knutson, Yefim Elikman, and Anthony Parker in the related cases *Knutson v. Sirius XM Radio Inc.*, No. 12-cv-0418-AJB-DHB (S.D. Cal.) ("*Knutson*"); *Elikman v. Sirius XM Radio Inc.*, No. 15-cv-02093 (N.D. Ill.) ("*Elikman*"); and *Parker v. Sirius XM Radio Inc.*, No. 15-cv-01710-JSM-EAJ (M.D. Fla.) ("*Parker*") (together, the "Litigation"), was presented at the Final Approval Hearing on December 20, 2016. The Court having determined that notice of the Final Approval Hearing was given in accordance with the Preliminary Approval Order (Dkt. No. 188) to members of the Settlement Class and that the notice was adequate,

**IT IS HEREBY ORDERED** that:

1. In addition to the terms defined in this order, the Court incorporates the definitions in the Settlement Agreement for the purposes of this Order.

2. This Court has jurisdiction over the subject matter of the Litigation and over all members of the Settlement Class.

3. Pursuant to Fed. R. Civ. P. 23(b)(3), the Action is finally certified, for settlement purposes only, as a class action on behalf of the Settlement Class members as defined in Section 2 of the Settlement Agreement.

4. Pursuant to Fed. R. Civ. P. 23, Plaintiff Francis W. Hooker, Jr., Erik Knutson, Yefim Elikman and Anthony Parker are certified as the Class Representatives, solely for the purposes of effectuating the Settlement, and Michael A. Caddell and Cynthia B. Chapman of Caddell & Chapman, Christopher Colt North and William L. Downing of The Consumer and Employee Rights Law Firm, P.C., Abbas Kazerounian of the Kazerouni Law Group, APC, Joshua B. Swigart of Hyde & Swigart, Myles McGuire of McGuire Law, P.C. and Michael J. McMorrow of McMorrow Law, P.C. are certified as Class Counsel.

5. The Notice has been disseminated to the Settlement Class in the manner directed in the Preliminary Approval Order, and a declaration from Settlement Administrator Epiq Systems, Inc. ("Epiq") attesting to the proof of mailing of the Notice to the Settlement Class has been filed with the Court (Dkt. No. 191). The Court finds that the Notice fairly and accurately informed Settlement Class Members of the material aspects of this Litigation and the proposed settlement, and thereby satisfied the requirements of due process and constituted the best practicable notice under the circumstances. The Notice apprised Class members of the pendency of the Litigation, their right to object or exclude themselves from the proposed settlement, and their right to appear at the Final Approval Hearing, and it conformed with the requirements of Federal Rule of Civil Procedure 23(c)(2).

6. The notice provisions of the Class Action Fairness Act, 28 U.S.C. § 1715, have been satisfied. Dkt. No. 187.

7. The Court certifies, solely for purposes of effectuating the Settlement, the Settlement Class defined as follows:

> All natural persons residing in the United States (including all territories and other political subdivisions of the United States) who (a) received programming on a promotional basis from Sirius XM in connection with the purchase or lease of a new or used

vehicle that ended no later than April 5, 2016; (b) were the recipients of one or more telephone calls made by or on behalf of Sirius XM to their wireless, cell or mobile phone numbers after February 15, 2008 and before July 5, 2016; and (c) never were or became paying subscribers prior to July 5, 2016. Excluded from the class definition are any employees, officers, or directors of Sirius XM, and any attorneys appearing in this case, and any judge assigned to hear this case as well as their immediate family and staff.

8. Solely for the purposes of the settlement, the Court finds that the prerequisites for a class action under Fed. R. Civ. P. 23(a) and (b)(3) have been satisfied in that: (i) the Settlement Class Members are so numerous that joinder of all Settlement Class members is impracticable; (ii) there are questions of law and fact common to the Settlement Class members; (iii) the claims of the Class Representatives are typical of the claims of the Settlement Class members; (iv) the Class Representatives will fairly and adequately represent the interests of the Settlement Class; (v) the questions of law and fact common to the Settlement Class members predominate over any questions affecting only individual Settlement Class members; and (vi) certifying the Settlement Class is superior to other available methods for the fair and efficient adjudication of the controversy.

9. The Court finally approves the terms of the Settlement Agreement and the amendment thereto (together the "Settlement Agreement") and the Settlement described therein as fair, reasonable, and adequate and in the best interests of the Settlement Class in light of the complexity, expense, and probable duration of further litigation, the risk and delay inherent in possible appeals, and the risk of collecting any judgment on behalf of the Class. In arriving at this conclusion, the Court has considered, among other things:

(1) the posture of the case at the time settlement was proposed,

(2) the extent of discovery that had been conducted,

(3) the circumstances surrounding the negotiations, and

(4) the experience of counsel in the area of consumer class action litigation.

*In re Jiffy Lube*, 927 F.2d 155, 159 (4th Cir. 1991.)

3

10. The Court finds that this Action was settled after sufficient discovery.

11. The Court further finds that the Settlement is the product of arm's length negotiations presided over by a competent mediator.

12. The Court further finds that Class Counsel are experienced in the area of consumer class action litigation.

13. The Court dismisses with prejudice all released claims belonging to the Class Representatives and Class Members who did not timely and validly request exclusion from the Settlement Class. Except as expressly provided in the Settlement Agreement, each of the parties, including each Settlement Class Member, shall bear his, her, or its own costs and attorney's fees.

14. Pursuant to Paragraph 5 of the Settlement Agreement, upon the Effective Date the Class Representatives and each of the Settlement Class Members shall be deemed to have, and by operation of this Judgment shall have released and forever discharged Sirius XM, its past, present or future officers, directors, insurers, general or limited partners, divisions, stockholders, agents, the telemarketing vendors currently known as Afni, Convergys, Dial America, iPaceSetters, Results, Servicom, StraightForward, Sykes and Career Horizons, Inc. dba TeleServices Direct, attorneys, employees, legal representatives, trustees, parents, associates, affiliates, subsidiaries, partners, heirs, executors, administrators, purchasers, predecessors, successors and assigns (collectively, the "Released Parties") from any and all claims, counterclaims, lawsuits, set-offs, costs, losses, rights, demands, charges, complaints, actions, causes of action, obligations, or liabilities of any and every kind, including without limitation (i) those known or unknown or capable or not capable of being known, (ii) those which are unknown but might be discovered or discoverable, and (iii) those accrued, unaccrued, matured or not matured existing on or before August 5, 2016, that arise out of or in any way relate or pertain to claims, no matter how styled, (a) that were asserted, or attempted to be asserted, or that could have been asserted in the Litigation, or (b) alleging use by any or all of the Released Parties or by any vendor retained by the Released Parties of any "automatic telephone dialing system," "automatic dialer," "automated dialer," "predictive dialer," "dialer," and/or any "artificial or

prerecorded voice" (to the fullest extent that those terms are used, defined, or interpreted under the TCPA, relevant regulatory or administrative promulgations, and case law) to make telephone calls to a wireless, cell or mobile telephone number in connection with efforts to contact or attempt to contact Class Members on behalf of Sirius XM, including but not limited to (i) claims arising under or relating to the TCPA or any similar state or federal law, (ii) statutory or common law claims predicated upon any alleged violations of the TCPA or any similar state or federal law, and (iii) statutory or common law claims predicated upon and/or arising from the use by any or all of the Released Parties or by any vendor retained by the Released Parties of any "automatic telephone dialing system," "automatic dialer," "automated dialer," "predictive dialer," "dialer," and/or "artificial or prerecorded voice" (collectively, the "Released Rights").

15. The Class Representatives and all Settlement Class members are enjoined from commencing, prosecuting, instituting, continuing, or in any way participating in the commencement or prosecution of any suit asserting any of the Released Rights against any of the Released Parties.

16. The Settlement Agreement and any related negotiations, statements, or proceedings shall not be construed or deemed evidence of an admission by any of the Released Parties or any other person of any fault, liability, or wrongdoing as to any facts or claims asserted in the Litigation.

17. Settlement Class members were afforded a reasonable opportunity to request exclusion from the Settlement. Only 191 timely requests for exclusion were received by Epiq. The persons who timely requested exclusion from the Settlement are listed in Exhibit A hereto. The Court hereby excludes the persons listed in Exhibit A from the Settlement, and they are not bound by the final judgment in this Action.

18. The Court approves a service award of $10,000 to Plaintiff Francis W. Hooker, Jr. and $2,500 each to Class Representatives Eric Knutson, Yefim Elikman, and Anthony Parker. The Court finds that these amounts are reasonable in light of the Class Representatives' contributions to the litigation, with the larger award to Mr. Hooker being justified by the greater

inconvenience he experienced from having been deposed and responding to discovery requests in this Action.

19. If the Effective Date does not occur, this Judgment shall be void as provided in the Settlement Agreement.

20. The Settlement Class members were given an opportunity to object to the settlement. Only two objections to the Settlement or fee petition were received by Court, from Mr. Helfand and Mr. Sweeney. (Dkt. Nos. 189 and 190.) The Court finds that Mr. Helfand and Mr. Sweeney have not complied with the Preliminary Approval Order requirements for filing objections and further finds that Mr. Helfand and Mr. Sweeney are not members of the Class. Their objections are therefore stricken. (Dkt. No. 188 ¶ 18.) Furthermore, the Court finds the objections are without merit and hereby overrules the objections. All Settlement Class Members who failed to file a timely and valid objection to the settlement are deemed to have waived any objections and are bound by the terms of the Settlement Agreement, including the release and this Final Order and Judgment.

21. This Order constitutes a judgment for purposes of Federal Rule of Civil Procedure 58. Without affecting the finality of the Final Order and Judgment in any way, the Court reserves continuing and exclusive jurisdiction over the parties, including all members of the Settlement Class, and the execution, consummation, administration, and enforcement of the terms of the Settlement Agreement.

22. The parties to the Settlement Agreement are directed to consummate the settlement in accordance with the Settlement Agreement according to its terms. Without further Court Order, the parties may agree to reasonable extensions of time to carry out any of the provisions of the Settlement Agreement.

23. There is no just reason for delay in the entry of this Order and Final Judgment. The Clerk of this Court is **REQUESTED** to enter this Order and Final Judgment.

**IT IS SO ORDERED.**

Dated: _Dec. 22, 2016_

_____
Arenda L. Wright Allen
United States District Judge

# EXHIBIT A

## PERSONS EXCLUDED FROM THE SETTLEMENT

Rudolph Leblanc
664 SE 71st Ave.
Hillsboro OR 97123-3012

Kent Peterson
4307 Lormar Rd.
Greensboro NC 27406-9343

Beverly Miller
5627 Hiller Pl.
Saint Louis MO 63136-4913

Ronald Levi
3220 Talmadge Rd.
Toledo OH 43606-1042

Bridget Dezinno
72 Vans Dr.
Hackettstown NJ 07840-2546

Nancy Pierce
244 Concord Dr.
Madison AL 35758-8151

Marion Gottfried
75 Remick Pkwy. Apt. D
Lockport NY 14094-3969

Jae Lim
703 Pumphrey Ave.
Rockville MD 20851-1457

John Kennett
3212 Spruce St.
Midland MI 48640-6448

Karen Kaufman
360 Terrapin Trl.
Brunswick GA 31525-8938

Pamela Capen
106 Bronwen Ct.
Goose Creek SC 29445-7506

Andrew N. Hasluem
120 Kimberly Ct.
Senoia GA 30276-1642

Donald Roth
3728 Tango Dr.
North Bend OH 45052-9518

Jarilyn McCoy
8622 Wintergreen St.
Lansing MI 48917-8801

Cheryl A. Rosenberg
1668 Silverado Dr.
Rockledge FL 32955-6130

Dorotha P. West
211 Cypress St. #1
Sayre PA 18840-1400

Brad Anderson
3838 Fieldcrest Ln.
Ypsilanti MI 48197-7460

Ginger Rabern
1275 Deer Trail Lakes Dr.
Clarkesville GA 30523-2130

Yizheng Cao
3312 Peppermill Dr. Apt. 1B
W Lafayette IN 47906-1099

Ann Kitchen
222 Western Dr.
Medway OH 45341-9520

Regina Martinez
18023 Thornlake Ave.
Artesia CA 90701-4247

Mary Moore
60022 Doc Carter Ln.
Amory MS 38821-8925

Ann R. Kavanaugh
10881 Lake Thames Dr.
Cincinnati OH 45242-3104

Andrew N. Hasluem
120 Kimberly Ct.
Senoia GA 30276-1642

Mohammadrez Iranmanesh
114 Belaire Ct.
Matawan NJ 07747-1130

Kristen Ensign
200 Towsontown Ct. Apt. 310
Towson MD 21204-4038

Sara Humberstone
8815 Emerson Pl.
Everett WA 98208-1947

Angela Martin
229 Barker Rd. Apt. 107
Michigan City IN 46360-7416

Gwen Davis
3090 Beechwood Dr. SE
Marietta GA 30067-5416

Judy Chard
1011 N 192nd Ct. Apt. 114
Elkhorn NE 68022-2891

Sean Kenny
455 Reynolds Mill Rd.
York PA 17403-9316

John Keltz
164 Pine Ln.
Barnesville OH 43713-1429

Barbara Parker
4310 Tiffani Dr.
Amarillo TX 79109-5072

Srikanth Gondi
1502 Quail Ave.
Sunnyvale CA 94087-4925

Moreen Glover
4372 Gum Branch Rd.
Jacksonville NC 28540-9118

James Bevins
525 Hill Rd.
Paris KY 40361-9737

Sun Kim
236 Fieldstone Pl.
College Sta TX 77845-6343

Phyllis Bobo
22468 Bridges Rd.
Toney AL 35773-8394

Ernest Vineyard
2316 Vincinda Cir.
Knoxville TN 37924

Matthew D. McAtee
537 N Somerset Ter. Apt. 7
Olathe KS 66062-5408

Fredric Sparrevohn
388 Flint Ave.
Long Beach CA 90814-3206

Michael D. Belcher
902 Russellville Rd.
Quinwood WV 25981

Fengmin Xie
1506 Abelian Ave.
Rowland Hghts CA 917482-203

Donna Smith
5105 Ne Mariah Ln. Apt. 301
Bremerton WA 98311-3619

Travis Gilbert
874 Saramy Ct.
Lebanon OH 45036-8440

Kerry Esparza
1413 Oakwood Ave.
N Las Vegas NV 89030-5214

Lee Rucker
3332 Lions Den Ct.
Pueblo CO 81005-4031

Chad Goetz
PO Box 234
Liverpool NY 13088-0234

Benjamin Card
30310 Ridgeway Ct.
Castaic CA 91384-3247

Estate of John D. Calloway
27 Bryant Ln.
Ansted WV 25812-8099

Peter Pelayic
3626 Schamber St.
Rapid City SD 57702-3354

Patricia Stonebraker
PO Box 418013
N Highlands CA 95660-5604

Eric Light
117 Triangle St.
Danbury CT 06810-6924

John Eddy
4454 S Lakeshore Rd.
Harbor Beach MI 48441-7957

Diane Wilkerson
1916 Madalyn Ct. NE
Keizer OR 97303-2130

Benjamin Raslavich
2814 W Thornton Ave.
Tampa FL 33611-4529

June Nickel
84 S Edgehill Ave.
Youngstown OH 44515-3230

Dee A. Finken
1201 N Manhattan St.
Amarillo TX 79107-7063

Dean Moser
505 W Alderwood Ave.
Spokane WA 99218-2803

Diane Pearson
1625 Waller St. SE
Salem OR 97302-1342

Elizabeth Anderson
2421 W St. Apt. 3
Sacramento CA 95818-1856

Jane Arnold
3205 Lorne Rd.
El Paso TX 79925-4321

Robert Brodie
816 Se Williams Ct.
Waukee IA 50263-8351

Christie Rice
56 W Del Rio St.
Gilbert AZ 85233-8939

Lisa Howard
7151 North Bray Rd.
Mount Morris MI 48458-8989

Lothar Uhl
181 E Stacey Ln.
Tempe AZ 85284-4042

Patricia Cummins
2195 Waynesboro Shubuta Rd.
Waynesboro MS 39367-9742

Steven Lambert
25815 Floyd Ave.
Sun City CA 92585-9708

Susan Melton
5200 28th St. N Lot 314
St Petersburg FL 33714-2548

James Thorp
1613 Roncelli Rd.
Lexington MO 64067-7188

Rowland Monroe
12512 Roseton Ave.
Norwalk CA 90650-2361

Gloria Ward
13551 Belle Chasse Blvd. Unit 211
Laurel MD 20707-8402

Paulette Vispi
49 Peach Tree Rd.
Cheektowaga NY 14225-2901

Kristen Crean
3020 Mugavin Ct.
Dayton OH 45424-5238

Glenn Robinson
2959 Marsann Ln.
Dallas TX 75234-5015

Robert Crow
302 13th St.
Glen Dale WV 26038-1712

Ronald West
15014 E Castle Dr.
Wichita KS 67230-9207

Ernest Cannucci
807 Laurelridge Court
Brooksville FL 34601-1269

Sarah Schwartz
3900 Island Blvd. Apt. B-106
Aventura FL 33160-4914

John Koebel
100 Ashbury Rd. Apt. 302
Hollywood FL 33024-1111

Isabelle Cuellar
6629 Pamplona Pl.
Atlanta GA 30349-8492

Genieve Maestas
7132 Marina Pacifica Dr. S Key 8
Long Beach CA 90803-3818

Gloria Salinas
3308 Grinnell St.
Lubbock TX 79415-1517

Aaron Schulman
390 Woodley Rd.
Santa Barbara CA 93108

Bruce Kennell
1568 County Rd. 550 N
Eureka IL 61530-9677

Heather Karstens
1760 42nd St. S Apt. 304
Fargo ND 58103-4492

Raymond Skinner
6896 Bronte Cir.
Port St Lucie FL 34952-8233

Richard Caron
15125 Tilbury Pl.
Swan Point MD 20645-2203

Frank Wilson
2015 New York Ave.
Lincoln Park MI 48146-3475

Ruth Hoffman
149 Union St.
Vernon Rockville CT 06066-3025

Gabrielle Mandeville
4613 E 24th Pl.
Tulsa OK 7411-43615

Bobby Mitchell
412 Twin Br.
Prestonsburg KY 41653-8203

Dora Ross
4249 Hammock Trl.
Mims FL 32754-2101

Marian Engle
11720 Collingwood Ct.
Woodbridge VA 22192-1043

Margaret Dowling
PO Box 880383
Port Saint Lucie FL 34988

Donald Roth
3728 Tango Dr.
North Bend OH 45052-9518

Phyllis Hays
346 Dean Rd.
Mc Kee KY 40447-9069

Ji Jun
3033 Bardin Rd. Apt. 712
Grand Prairie TX 75052-3869

Roy Barton
2120 Redbird Dr.
Las Vegas NV 89134-6160

Jo Ann Beasley
5005 Guy St.
Paragould AR 72450-3784

Alice Horn
4862 School St. Apt. 2125
Acworth GA 30101-4913

Anita Beckett
406 Maplewood Rd.
Merion Sta PA 19066-1014

Elizabeth Crawford
11833 Oak Hill Way Unit B
Henderson CO 80640-7731

Walkiria Jorge
6635 High Valley Ln.
Alexandria VA 22315-5009

Phoebe Dill
109 Pebble Beach Dr.
Trophy Club TX 76262-9784

James Clason
PO Box 442
Mocksville NC 27028-0442

Ida Paone
714 Preston Ln.
Hatboro PA 19040-2322

Kristopher Skadberg
610 1st St.
S Carrington ND 58421-2111

Perry Jennings
1710 Old Atlanta Rd.
Cumming GA 30041-6924

Joseph Ziaj
1840 S Arlington Ht Rd.
Arlington Heights IL 60705

Tammy Garces
58 Saunders Rd.
Lynn MA 01904-1571

Anna Cassell
714 Park St.
Bristol VA 24201-3432

Anne Gandrud
4749 Vincent Ave. S
Minneapolis MN 55410-1843

Rafal Koycinski
517 S Emerson St.
Mt Prospect IL 60056-3835

James Ackerman
1899 Allison St.
Lakewood CO 80214-6025

Clydeen Moller
PO Box 231578
Encinitas CA 92023-1578

Darrin L Wenzel
102 Madsen St.
Grayling MI 49738-1916

Ruben Cruz
7230 Harbor Light Way
Sacramento CA 95831-3201

Raymond Skinner
6896 Bronte Cir.
Port St Lucie FL 34952-8233

John Hydock
4406 W 226th St.
Fairview Park OH 44126-2221

Mario Leal
2716 Main Ave.
Laredo TX 78040-2929

Sam Ingram
229 Scottsdale Dr.
Wilmington NC 28411-6770

John Melton
5200 28th St. N Lot 314
St Petersburg FL 33714-2548

Christopher Raisl
4653 Kingsbury Dr.
Eagan MN 55122-2719

Jesse Danielson
1679 451st Ave.
Montevideo MN 56265-4444

William Lemon
25112 Pine Hl.
Leesburg FL 34748-9470

Douglas Fruth
718 W Main St.
Napoleon OH 43545-1404

David B Stegall Jr.
850 NW 3rd St.
Lake Butler FL 32054

Jennifer Eaker
617 Sherrill Rd. # 2
Sherrill NY 13461-1451

Brian Knox
700 Long Rd.
Penn Hills PA 15235-4307

6

Corine Assane
6201 Garden Rose Path
Austin TX 78754-2159

Marietha Varona
9702 Elm Way
Tampa FL 33635-1010

Lazaro Suarez
9702 Elm Way
Tampa FL 33635-1010

Ming Cheng
5517 Pershing Ave. Apt. 32
Saint Louis MO 63112-4615

John Brocko
6133 Alkire Ct.
Arvada CO 80004-3972

Renee Laurent
927 Robin Rd. # G
Amherst NY 14228-1002

Serge Darchuke
6830 Radalyac Ct.
Rio Linda CA 95673-2453

Barbara Walter
PO Box 222
Redmond OR 97756-0037

Lizbeth Aguilar
1230 Bardfield Ave.
Garland TX 75041-5007

Tracy Downs
541 N Wanamaker St.
Philadelphia PA 19131-4839

Kevin Pine
2625 Kermeyer Cir. Apt. 14
Carlsbad CA 92008-1668

Michael Stark
111 N Rengstorff Ave. Apt. 169
Mountain View CA 94043-4236

Anthony Ercolani
139 Front Ave.
Salamanca NY 14779-1454

Guillermo Chapa
65 Varadero St.
Brownsville TX 78526-1974

Thomas Fox
16133 Ventura Blvd. Ste 1200
Encino CA 91436-2416

Epiq Systems
10300 SW Allen Blvd.
Beaverton OR 97005

Ylaine Hetes
1528 Blackbird Rd. NE
Rio Rancho NM 87144-5110

Velkys Monterrey
38 Torreys Post
San Antonio TX 78240-5241

Ricardo Segovia
110 North Ave.
Laredo TX 78045-7701

Eric Byman
5262 Jacob Ct.
Virginia Bch VA 23464-2518

Binyamin Pinkus
6234 N Monticello Ave.
Chicago IL 60659-1106

Michelle Turner
3040 Timberglenn Rd.
San Antonio TX 75287

Joseph Zertuche
1646 Stevens Ave.
San Antonio TX 78210

Geraldine Huron
1414 Leal St.
San Antonio TX 78207

Sandra Brown
163 Mountain Valley
San Antonio TX 78227

Jacqueline Redding
226 Primavera Dr.
San Antonio TX 78212

Marsha Morgan
16006 Walnut Creek Dr.
San Antonio TX 78247-5622

Travis Rendon
152 E Pecan St. Apt. #1001
San Antonio TX 78205

Louis Ibarra
527 Future Dr.
San Antonio TX 78213-3423

Joey Santos
3016 Potomal Loop
Laredo TX 78046-7313

Joey Santos
3016 Potomal Loop
Laredo TX 78046-7313

Cynthia Zambrano
2917 Barrios St. Rear
Laredo TX 78043-5511

Abraham Benavides
1102 Harland
Loredo TX 78045

Rick Bialek
810 Bluebell Rd.
Kerrville TX 78028

Jennifer Trent Vertulli
8910 Woodland Pkwy.
Boerne TX 78015

Gerard Vertulli
8910 Woodland Pkwy.
Boerne TX 78015

Jose Flores
350 Redfish
Laredo TX 78043

Clarissa Arambula
506 Sandpiper Ln.
Laredo TX 78045

Letty Santos
3016 Potomal Loop
Laredo TX 78046

Mariana Quiroga
140 Shadow Knolls
Boerne TX 78006

Brandon Reyes
2117 Pearson Way
Round Rock TX 78665

Javier A. Martinez
3911 Katiana Dr.
Laredo TX 78046

Amada Sarli
2911 S Arkansas
Laredo TX 78046

Sylvia Pina
2509 Robert Ln.
Laredo TX 78046

<mark />
<mark />
<mark />
<mark />
<mark />
<mark />
<mark />
<mark />

Rudy De Los Santos
5726 Elam Way
San Antonio TX 78261

Jose S. Olazaran
6019 Colt Dr.
Laredo TX 78043

Sara A. Vela
4527 Santa Anita Loop
Laredo TX 78046

Diana Lara
3019 S Martin
Laredo TX 78045

Melissa Santos
3016 Potomac Loop
Laredo TX 78046

Antonio Hurtado
3016 Potomac Loop
Laredo TX 78046

Jamie Bialek
7819 Dunhill Coach
San Antonio TX 78255

Leticia Cisneros
314 Esperanza Dr.
Laredo TX 78041

Kate Soulsby
125 W Mistletoe
San Antonio TX 78212

Claudia Martinez
608 Angela Dr.
Laredo TX 78046

Ariana Espinoza
810 E 4th St.
Hearne TX 77859

Ricardo Segovia
110 North Ave.
Laredo TX 78045-7701

Samuel Salazar
612 Waxwing Cedar Dr.
Laredo TX 78045-8875

Latonya Cotton
233 2nd St.
Anguilla MS 38721-9517

Thelma Agredano
805 Bartolome Ln.
Laredo TX 78043-5184

Sergio Minjares
506 Sandpiper Ln.
Laredo TX 78045-4160